LYN 14, J.
PART I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT B. GRAY, et al., Plaintiff, v. IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE, Defendants. | 06 Civ. No. 7162(UA) <br> **STIPULATION AND ORDER** |

DATE FILED: 9/27/06

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants by their undersigned counsel, as follows:

1. Defendants shall accept service of the above-captioned summons and complaint as of the date hereof;

2. Plaintiffs shall have 60 days from the appointment by the Court of a lead plaintiff and approval of lead plaintiff counsel pursuant to the Private Securities Litigation Reform Act of 1995 to file and serve a Consolidated Amended Complaint;

3. The time for defendants to answer or otherwise respond or move with respect to the Complaint shall be extended until 60 days after the filing of a

Consolidated Amended Complaint by the lead plaintiff.

Dated: New York, New York
September 25, 2006

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
By: ______________________
Catherine A. Torell (CT-0905)

150 East 52nd Street, 30th Floor
New York, New York 10022
(212) 838-7797
Fax: (212) 838-7745

Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue., N.W.
Washington, D.C. 20005
(202) 408.4600
Fax: (202) 408-4699

Attorneys for Plaintiff Robert B. Gray

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
By: ______________________
Lewis J. Liman (LJL-9166)

One Liberty Plaza
New York, New York 10006
(212) 225-2000
Fax: (212) 225-3999
Email: lliman@cgsh.com

Attorneys for Defendants

SO ORDERED:

______________________
U.S.D.J.

PART I

9/27/06