**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAPLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Imax Corp., et al.<br><br>Defendants. | Case No. 06-cv-6128 (NRB)<br><br><u>CLASS ACTION</u><br><br><u>DOCUMENT FILED ELECTRONICALLY</u> |
| BERGEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>GELFOND, et al. | Case No. 06-cv-06313 (NRB) |
| LAROSA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06349 (NRB) |

(additional captions on following page)

**NOTICE OF MOTION AND MOTION BY GARY AND MARLENE CREAGH TO (1) BE APPOINTED LEAD PLAINTIFF; (2) APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL; AND (3) CONSOLIDATE ALL RELATED ACTIONS**

| | |
|---|---|
| GUZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06235 (NRB) |
| FEENEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06449 (NRB) |
| REYNOLDS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06693 (NRB) |
| CAIAFA, Individually And On Behalf Of All Others Similarly Situated,<br><br>PLAINTIFFS,<br>VS.<br><br>IMAX CORP., et al. | Case No. 06-cv-07057 (NRB) |
| GRAY, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br>VS.<br><br>IMAX CORP., et al. | Case No. 06-cv-07162 (NRB) |

PLEASE TAKE NOTICE THAT Gary and Marlene Creagh ("Movants") respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (i) appointing them as Lead Plaintiff on behalf of themselves and all others similarly situated who, during the Class Period, purchased or otherwise acquired securities of Imax Corp. ("Imax") and incurred damages as a result of the Defendants' violations of the federal securities laws; (ii) approving Movants' choice of the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") to serve as Lead Counsel; and (iii) consolidating all related actions herewith under Rule 42(a) of the Federal Rules of Civil Procedure.

Movants suffered substantial losses by virtue of their purchases of Imax securities, as discussed in the accompanying Memorandum. Movants meet the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other class members' claims and they will fairly and adequately represent the interests of the class. Movants also seek the Court's approval of their selection of Cohen Milstein as Lead Counsel pursuant to Section 21D(a)(3)(B)(v) of the Exchange Act.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Catherine A. Torell and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movants respectfully request that the Court: (1) appoint Movants as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (2) approve Movants' selection of lead counsel for the class; (3) consolidate all pending related actions; and (4) grant such other and further relief as the Court may deem just and proper.

DATED: October 10, 2006

Respectfully submitted,

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

_ /s/ Catherine A. Torell_______
Catherine A. Torell (CT-0905)
150 East 52nd Street
Thirtieth Floor
New York City, NY 10022-5719
Tel: (212) 838-7797
Fax: (212) 838-7745

Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: 202/408-4600
Facsimile: 202/408-4699

**Attorneys for Movants and Proposed Lead Counsel for the Class**