# Attachment A

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

I, GARY CREAGH + Marlene Creagh, ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a class action complaint asserting securities claims against IMAX, Inc. (IMAX) and wish to join as a plaintiff retaining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as my counsel.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in IMAX, Inc. during the Class Period of February 17, 2006 through August 9, 2006 were as follows:

| DATE | TRANSACTION (buy/sell) | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| | SEE ATTACHMENT | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action under the federal securities laws except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing true and correct.

Executed this 8 Day of September, 2006.

[signature]

Marlene Creagh [signature]

| | | | | | |
|---|---|---|---|---|---|
| 7/31/2006 | IMAX | BOUGHT 200 SHARES OF IMAX AT $10.79 | $0.00 | $0.00 | ($2,158.00) |
| 7/31/2006 | IMAX | BOUGHT 500 SHARES OF IMAX AT $10.49 | ($8.00) | $0.00 | ($5,253.00) |
| 7/31/2006 | IMAX | BOUGHT 386 SHARES OF IMAX AT $10.69 | ($8.00) | $0.00 | ($4,134.34) |
| 7/31/2006 | IMAX | BOUGHT 500 SHARES OF IMAX AT $10.70 | ($8.00) | $0.00 | ($5,358.00) |
| 7/31/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $10.72 | ($8.00) | $0.00 | ($1,080.00) |
| 7/31/2006 | IMAX | BOUGHT 86 SHARES OF IMAX AT $10.77 | ($8.00) | $0.00 | ($934.22) |
| 7/31/2006 | IMAX | BOUGHT 1000 SHARES OF IMAX AT $10.51 | ($8.00) | $0.00 | ($10,518.00) |
| 7/10/2006 | IMAX | TRANSFER OF 7500 SHARES OF IMAX INTO ACCOUNT | $0.00 | $0.00 | $0.00 |
| 7/5/2006 | IMAX | BOUGHT 200 SHARES OF IMAX AT $8.85 | $0.00 | $0.00 | ($1,770.00) |
| 7/5/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $8.85 | ($8.00) | $0.00 | ($893.00) |
| 7/3/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $9.09 | $0.00 | $0.00 | ($909.00) |
| 7/3/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $9.09 | $0.00 | $0.00 | ($909.00) |
| 7/3/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $9.09 | ($8.00) | $0.00 | ($917.00) |
| 6/2/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $9.04 | $0.00 | $0.00 | ($904.00) |
| 6/2/2006 | IMAX | BOUGHT 114 SHARES OF IMAX AT $9.04 | ($8.00) | $0.00 | ($1,038.56) |
| 6/2/2006 | IMAX | BOUGHT 500 SHARES OF IMAX AT $9.13 | ($8.00) | $0.00 | ($4,573.00) |
| 6/1/2006 | IMAX | SOLD 2000 SHARES OF IMAX AT $9.14 | ($8.57) | $0.00 | $18,271.43 |
| 5/23/2006 | IMAX | BOUGHT 700 SHARES OF IMAX AT $8.91 | $0.00 | $0.00 | ($6,237.00) |
| 5/23/2006 | IMAX | BOUGHT 300 SHARES OF IMAX AT $8.91 | ($8.00) | $0.00 | ($2,681.00) |
| 5/11/2006 | IMAX | SOLD 1000 SHARES OF IMAX AT $9.60 | ($8.30) | $0.00 | $9,591.70 |
| 5/8/2006 | IMAX | BOUGHT 500 SHARES OF IMAX AT $9.71 | ($8.00) | $0.00 | ($4,863.00) |
| 5/4/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $9.85 | $0.00 | $0.00 | ($985.00) |
| 5/4/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $9.85 | $0.00 | $0.00 | ($985.00) |
| 5/4/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $9.85 | ($8.00) | $0.00 | ($993.00) |
| 5/4/2006 | IMAX | BOUGHT 200 SHARES OF IMAX AT $9.85 | $0.00 | $0.00 | ($1,970.00) |
| 4/13/2006 | IMAX | BOUGHT 1000 SHARES OF IMAX AT $10.06 | ($8.00) | $0.00 | ($10,068.00) |
| 4/6/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $10.09 | $0.00 | $0.00 | ($1,009.00) |
| 4/6/2006 | IMAX | BOUGHT 900 SHARES OF IMAX AT $10.09 | ($8.00) | $0.00 | ($9,089.00) |
| 3/22/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $10.20 | ($8.00) | $0.00 | ($1,028.00) |
| 3/9/2006 | IMAX | BOUGHT 1500 SHARES OF IMAX AT $10.25 | $0.00 | $0.00 | ($15,375.00) |
| 3/9/2006 | IMAX | BOUGHT 120 SHARES OF IMAX AT $10.50 | $0.00 | $0.00 | ($1,260.00) |
| 3/9/2006 | IMAX | BOUGHT 260 SHARES OF IMAX AT $10.50 | $0.00 | $0.00 | ($2,730.00) |
| 3/9/2006 | IMAX | BOUGHT 120 SHARES OF IMAX AT $10.50 | ($8.00) | $0.00 | ($1,268.00) |
| 3/9/2006 | IMAX | BOUGHT 1000 SHARES OF IMAX AT $10.25 | ($8.00) | $0.00 | ($10,258.00) |
| 3/3/2006 | IMAX | BOUGHT 500 SHARES OF IMAX AT $9.22 | ($8.00) | $0.00 | ($4,618.00) |
| 3/2/2006 | IMAX | BOUGHT 500 SHARES OF IMAX AT $9.28 | ($8.00) | $0.00 | ($4,648.00) |
| 2/28/2006 | IMAX | BOUGHT 500 SHARES OF IMAX AT $9.12 | ($8.00) | $0.00 | ($4,568.00) |

| | | | | | |
|---|---|---|---|---|---|
| 8/7/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $10.03 | $0.00 | $0.00 | ($1,003.00) |
| 8/7/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $10.03 | $0.00 | $0.00 | ($1,003.00) |
| 8/7/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $10.03 | $0.00 | $0.00 | ($1,003.00) |
| 8/7/2006 | IMAX | BOUGHT 400 SHARES OF IMAX AT $10.03 | ($8.00) | $0.00 | ($4,020.00) |
| 8/7/2006 | IMAX | BOUGHT 300 SHARES OF IMAX AT $10.03 | $0.00 | $0.00 | ($3,009.00) |
| 8/3/2006 | IMAX | BOUGHT 200 SHARES OF IMAX AT $10.24 | $0.00 | $0.00 | ($2,048.00) |
| 8/3/2006 | IMAX | BOUGHT 300 SHARES OF IMAX AT $10.24 | $0.00 | $0.00 | ($3,072.00) |
| 8/3/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $10.24 | $0.00 | $0.00 | ($1,024.00) |
| 8/3/2006 | IMAX | BOUGHT 700 SHARES OF IMAX AT $10.24 | $0.00 | $0.00 | ($7,168.00) |
| 8/3/2006 | IMAX | BOUGHT 300 SHARES OF IMAX AT $10.24 | ($8.00) | $0.00 | ($3,080.00) |
| 8/3/2006 | IMAX | BOUGHT 300 SHARES OF IMAX AT $10.24 | $0.00 | $0.00 | ($3,072.00) |
| 8/3/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $10.24 | $0.00 | $0.00 | ($1,024.00) |
| 7/31/2006 | IMAX | BOUGHT 100 SHARES OF IMAX AT $10.72 | $0.00 | $0.00 | ($1,072.00) |
| 7/31/2006 | IMAX | BOUGHT 600 SHARES OF IMAX AT $10.78 | $0.00 | $0.00 | ($6,468.00) |
| 7/31/2006 | IMAX | BOUGHT 99 SHARES OF IMAX AT $10.72 | $0.00 | $0.00 | ($1,061.28) |
| 7/31/2006 | IMAX | BOUGHT 89 SHARES OF IMAX AT $10.78 | $0.00 | $0.00 | ($959.42) |
| 7/31/2006 | IMAX | BOUGHT 201 SHARES OF IMAX AT $10.72 | $0.00 | $0.00 | ($2,154.72) |
| 7/31/2006 | IMAX | BOUGHT 25 SHARES OF IMAX AT $10.78 | $0.00 | $0.00 | ($269.50) |

Morgan Stanley

**ACTIVE ASSETS ACCOUNT®**
**FOR MONTH ENDING MARCH 31, 2006**



GARY G CREAGH &
MARLENE D CREAGH JT TEN

Account Number [redacted]

## Authorized Limit

Your Authorized Limit equals:
[redacted] MMF and Bank Deposits balance
+ cash balance
+ loan amount available to you based on a percent of the assets in your margin account (identified by asterisk)
[redacted] debit balance
[redacted] Authorized Limit

## Morgan Stanley Margin Loan Rates

| Loan Amount | Rate |
|---|---|
| $0 - 9,999 | 11.625% |
| $10,000 - 24,999 | 11.500% |
| $25,000 - 49,999 | 10.500% |
| $50,000 - 99,999 | 10.375% |
| $100,000 - 499,999 | 9.125% |
| $500,000 - 999,999 | 8.875% |
| $1,000,000 - 4,999,999 | 8.250% |
| $5,000,000 - 9,999,999 | 7.750% |
| $10,000,000 & over | 7.500% |

EFFECTIVE DATE: March 29, 2006
PREVIOUS CHANGE: February 1, 2006

# CREDITS TO YOUR ACCOUNT

## Dividends and Interest

| Date | Activity | Description | Amount | Income Category |
|---|---|---|---|---|
| **Taxable Income** | | | | |
| 03-31 | Dividend | [redacted] | | |
| | | Total Dividends and Interest | 2,110.65 | |

See Income Summary on page 1 for the month-to-date and year-to-date amounts per income category.

**Total Credits To Your Account** [redacted] Year-To-Date [redacted]

# DEBITS TO YOUR ACCOUNT

## Funds to Purchase Securities

| Trade Date | Settle Date | Activity | Quantity | Description | Price | Amount | Additional Information |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | [redacted] | |
| 03-24 | 03-29 | Bought | 2,500 | IMAX CORP | 10.2000 | 25,642.75 | PREFERENTIAL RATE |

SECURITY MARKS AT LEFT