CMH&T
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
WASHINGTON • NEW YORK • PHILADELPHIA • CHICAGO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/06

MEMO ENDORSED

Daniel S. Sommers
dsommers@cmht.com

October 10, 2006

**BY FACSIMILE**

The Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

RECEIVED IN CHAMBERS
NAOMI REICE BUCHWALD
OCT 11 2006
UNITED STATES DISTRICT

*Re: Robert B. Gray v. Imax Corporation, et al., 06-CV-7162*

Dear Judge Buchwald:

My firm, Cohen, Milstein, Hausfeld & Toll, P.L.L.C., is plaintiff's counsel in the above-captioned action. We wish to move for consolidation of this action and related securities class actions, appointment as lead plaintiff and approval for selection of lead counsel in the above-referenced and related securities class action pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(3).

We are aware of the Court's Individual Practice Rule requiring that a pre-motion conference be held before the filing of any motions. We write to seek leave from that rule for the purpose of meeting the Exchange Act's requirement that lead plaintiff motions be filed not later than 60 days after the date notice of the action was first published. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). In this case, the first notice of action was published on August 11, 2006, and the lead plaintiff motions must be filed no later than Tuesday, October 10, 2006. We respectfully submit that, under these circumstances, where we do not know the identities of the other movants, if any, and where the filing of a motion is statutorily mandated by the 60-day time limit, the requirement of a pre-motion conference should be waived.

So Ordered.
Naomi Reice Buchwald,
USDJ
10/11/06

Respectfully yours,

Daniel S. Sommers

DSS/dka

cc: All parties and/or their counsel on attached service list (via facsimile)