UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOTTI KAPLAN, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>-v-<br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE, and IMAX CORPORATION,<br>Defendants. | Case No.: 06-cv-06128 (NRB)<br>ECF CASE |
| SANTIAGO GUZMAN, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>-v-<br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, AND FRANCIS T. JOYCE<br>Defendants. | Case No.: 06-cv-06235 (NRB) |

(add'l captions to follow)

**DECLARATION OF NANCY KABOOLIAN IN FURTHER SUPPORT OF WESTCHESTER CAPITAL MANAGEMENT INC.'S MOTION TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO ALL OTHER MOTIONS**

| | |
|---|---|
| ERIC S. BERGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>-v-<br><br>RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE, and IMAX CORPORATION<br><br>Defendants. | Case No.: 06-cv-06313 (NRB) |
| MICHAEL J. LAROSA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Case No.: 06-cv-06349 (NRB) |
| ROBERT FEENEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Case No.: 06-cv-06449 (NRB) |

| | |
|---|---|
| FLOYD REYNOLDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Case No.: 06-cv-06693 (NRB) |
| ANTHONY CAIAFA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE, and KATHRYN A. GAMBLE,<br><br>Defendants. | Case No.: 06-cv-07057 (NRB) |
| ROBERT B. GRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | Case No.: 06-cv-07162 |

NANCY KABOOLIAN, pursuant to 28 U.S.C. § 746, declares as follows under pain and penalty of perjury under the laws of the United States:

1. I am an associate of the law firm of Abbey Spanier Rodd Abrams & Paradis, LLP counsel for Westchester Capital Management Inc. ("Westchester Capital"). I submit this declaration, together with the exhibits annexed hereto, in further support of the Westchester Capital's motion to consolidate all related cases, to be appointed as Lead Plaintiff and for approval of Lead Plaintiff selection of Lead Counsel and in opposition to all other motions for lead plaintiff.

2. Annexed hereto as Exhibit A is a true and correct copy of a letter sent in response to a letter sent by counsel for Movant the Steelworkers Pension Trust requesting additional information regarding Westchester Capital Management Inc.'s investment in IMAX Corporation.

Dated: October 27, 2006
New York, New York

Nancy Kaboolian