# EXHIBIT

# A

ABBEY SPANIER RODD ABRAMS & PARADIS, LLP

October 13, 2006

Via Fax and Mail

Douglas M. Risen, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

RE: IMAX Corporation Lead Plaintiff Motions

Dear Douglas:

This is in response to your letter dated October 13, 2006. Westchester Capital Management Inc.'s ("Westchester Capital") certification filed with the Court on October 10, 2006 includes all of its transactions in IMAX Corporation ("IMAX") securities during the period from October 28, 2004 through August 9, 2006 ("Class Period").

Westchester Capital's certification details its total and complete transactional data in IMAX securities. It did not purchase or sell any IMAX common stock or any other IMAX security (including options or other derivative securities) other than what is listed in the certification. It did not purchase or sell IMAX common stock or any other IMAX security (including options or other derivative securities) not listed on the certification. There are no other funds under the Westchester Capital "umbrella". Westchester Capital's investment team conducts all its own research and is responsible for all its investment decisions and all of the transactions set forth in the certification were for its own accounts. Mr. Roy Behren, Westchester Capital's Chief Compliance Officer, has the requisite authority to bring this suit on its behalf.

As evidenced by its submission Westchester Capital has suffered losses of $3,623,551.79. Since Westchester Capital did not purchase or sell any IMAX securities prior to either October 28, 2004 or February 17, 2006, its losses of $3,623,551.79 are the same using either FIFO or LIFO. In addition, as of the date of the filing of the lead plaintiff motions, Westchester Capital held 278,557 shares of IMAX common stock that it had purchased during the Class Period. On October 10, 2006, Westchester Capital held more shares than any other movant had purchased.[1] As a result, Westchester Capital has the largest financial interest in the outcome of this litigation and is therefore entitled to the presumption of being the "most adequate plaintiff" in this action.[2]

1 Westchester Capital has suffered losses of $1,310,914.49 on the shares held as of October 10, 2006.

2 In addition, as set forth in its opening brief, Westchester Capital also satisfies Rule 23 requirements.

In light of our providing the requested information and in order to protect the interests of the class and streamline the process, we request that the Steelworkers Pension Trust withdraw its motion. I will provide a copy of this letter to the Court with our response papers to be filed on October 27, 2006.

Very truly yours,

Nancy Kaboolian

Nancy Kaboolian

cc: All counsel on the attached list
Via Fax and Mail

**IMAX Corporation Service List**

**Plaintiff's Counsel**

Evan J. Smith, Esq.
BRODSKY & SMITH LLC
240 Mineola Blvd.
Mineola, New York 11501
(516) 741-4977

Marc A. Topaz, Esq.
Richard A. Maniskas, Esq.
Alison K. Clark, Esq.
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7056
Fax: (610) 667-7706

Robert I. Harwood, Esq.
WECHSLER HARWOOD LLP
488 Madison Avenue, 8th floor
New York, New York 10022
(212) 935-7400
Fax: (212) 753-3630

Bruce G. Murphy
LAW OFFICE OF BRUCE G. MURPHY
265 Llwyds Land
Vero Beach, Florida 32963-3252
(772) 231-4202

Brian Philip Murray, Esq.
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
Suite 801
New York, New York 10016
(212) 682-1818

Jack Gerald Fruchter, Esq.
Lawrence Donald Levit, Esq.
ABRAHAM FRUCHTER & TWERSKY, LLP
One Penn Plaza
Suite 1910
New York, New York 10119
(212) 279-5050

Christopher J. Keller
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, New York 10017
(212) 907-0700
Fax: (212) 818-0477

Catherine A. Torell, Esq.
COHEN, MILSTEIN, HAUSFELD, & TOLL, PLLC
150 East 52nd Street
New York, New York 10022
(212) 838-779
Fax: (212) 838-7745

Jonathan K. Levine, Esq.
GIRARD GIBBS & DEBARTOLOMEO, LLP
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800
Fax: (415) 981-4846

Janine L. Pollack
MILBERG WEISS BERSHARD & SCHULMAN LLP
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 584-5300
Fax: (212) 868-1229

Ronen Sarraf, Esq.
SARRAF GENTILE, LLP
485 Seventh Avenue
Suite 1005
New York, New York 10018
(212) 868-3610
Fax: (212) 918-7969

Kimberly M. Donaldson
Timothy N. Mathews
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
Fax: (610) 649-3633

David Rosenfeld
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP
58 South Service Road, Suite 200
Melville, New York 11747
(631) 367-7100
Fax: (631) 367-1173

**Defendants' Counsel**

Lewis J. Limon, Esq.
CLEARY, GOTTLIEB, STERN &
HAMILTON, LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
Fax: (212) 225-3999