**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOTTIE KAPLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORP., et al.<br><br>Defendants. | Case No. 06-cv-6128 (NRB)<br><br>CLASS ACTION<br><br>DOCUMENT FILED ELECTRONICALLY |
| ERIC S. BERGEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>RICHARD L. GELFOND, et al. | Case No. 06-cv-06313 (NRB) |
| MICHAEL J. LAROSA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06349 (NRB) |
| SANTIAGO GUZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06235 (NRB) |

(Additional captions on following page)

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| ROBERT FEENEY, Individually<br>and On Behalf of All Others<br>Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06449 (NRB) |
| FLOYD REYNOLDS, Individually<br>and On Behalf of All Others<br>Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06693 (NRB) |
| ANTHONY CAIAFA, Individually<br>And On Behalf Of All Others<br>Similarly Situated,<br><br>PLAINTIFFS,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-07057 (NRB) |
| ROBERT B. GRAY, individually<br>and on behalf of all others<br>similarly situated,<br><br>PLAINTIFFS,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-07162 (NRB) |

**CERTIFICATE OF SERVICE**

I certify that on October 27, 2006 I served the foregoing Withdrawal of Motion electronically via the Court's ECF system to all counsel of record in the above-indicated actions.

/s/
Catherine A. Torell (CT-0905)